PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 8 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jonathan Michael Passmore      Case Number: 2:00CR00101-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 9/13/2000           Type of Supervision: Supervised Release

Original Offense: Aiding and Abetting Armed Bank           Date Supervision Commenced: 3/28/2004
Robbery, 18 U.S.C. §§ 2113(a) and (d) and 2

Original Sentence: Prison - 48 Months;           Date Supervision Expires: 3/27/2009
TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15.    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements
       of the program, which will include electronic monitoring or other location verification system. You shall
       pay all or part of the costs of the program based upon your ability to pay. You are restricted to your
       residence at all times except for employment, education, religious services, medical, substance abuse, or
       mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as
       pre-approved by the supervising probation officer.

### CAUSE

On October 1, 2005, the defendant was arrested by Spokane police and charged with driving while under the
influence of alcohol. At that time, Mr. Passmore submitted blood alcohol content tests which reveled his blood
alcohol level to be .142 and .150. The matter is pending in the Spokane Municipal Court.

The defendant signed an admission of alcohol consumption document at the U.S. Probation Office on October 3,
2005, and said document is attached. The undersigned officer met with Mr. Passmore on October 13, 2005, and
discussed the incident and concern for his non-compliance of consuming alcohol and operating a motor vehicle. Mr.
Passmore was reminded that he is prohibited from consuming alcohol while on supervised release. Subsequently,
the defendant was referred to New Horizons Care Centers for a substance abuse evaluation, and his frequency of drug
and alcohol testing was increased.

Prob 12B
**Re: Passmore, Jonathan Michael**
**October 13, 2005**
**Page 2**

At this time, the above modification of conditions appears warranted to address the defendant's alleged non-compliance, and assure his whereabouts limiting his activities outside of his residence. Mr. Passmore has agreed to said modification, and signed the attached waiver of hearing to modify conditions.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date: October 13, 2005

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

10/18/05

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____        Signed: _____
Richard B. Law                                                   Jonathan Michael Passmore
U.S. Probation Officer                                       Probationer or Supervised Releasee

_____
October 13, 2005
Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, _____Passmore, Jonathon_____, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

_____Alcohol_____   _____9/30/05_____
DRUG                               DATE

_____   _____
DRUG                               DATE

_____   _____
DRUG                               DATE

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _Jonathon Passmore_  10-5-05
        Defendant/Offender        Date

_____  10-3-05
USPTSO/USPO         Date